1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AMBER S. ROSEN (CABN 160380)
   Special Assistant United States Attorney
5
         150 Almaden Boulevard, Suite 900
6        San Jose, California 95113
         Telephone: (408) 535-5061
7        Fax: (408) 535-5066
         Amber.Rosen@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )  NO. CR 14-MJ-70642 PSG
14                                  )
         Plaintiff,                 )  UNITED STATES' MOTION TO DISMISS
15                                  )  COMPLAINT
      v.                            )
16                                  )
   CARLOS CENDEJAS-CAMACHO,         )
17                                  )
         Defendant.                 )
18                                  )

19
         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the Complaint without prejudice in the
21
   above-referenced case and asks that the arrest warrant be recalled.
22

23 DATED: July 22, 2015                       Respectfully submitted,

24                                            MELINDA HAAG
                                              United States Attorney
25

26
                                              _____\s_____
27                                            AMBER ROSEN
                                              Assistant United States Attorney
28


MOTION FOR DISMISSAL (CR 14-70642)

1
2
3       IT IS HEREBY ORDERED that Complaint CR 14-70642 is dismissed and that the arrest warrant
4  for Carlos Cendejas-Camacho is hereby recalled.
5
6
7  Date: 7/22/2015
                                            THE HONORABLE PAUL S. GREWAL
                                            United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR DISMISSAL (CR 14-70642)       2